UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

M. Rodriguez-Albarran, et al.
Defendant(s)

CRIMINAL NO. 07CR 3379-JM
ORDER 07M52810
RELEASING MATERIAL WITNESS

Booking No.

On order of the ~~United States District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Perez-Delgadillo

DATED: 12/18/07

Ruben B Brooks
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED ______________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082