AO 455 (Rev. 5/85) Waiver of Indictment

***UNITED STATES DISTRICT COURT***

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

MARIA RODRIGUEZ-ALBARRAN (1)

**WAIVER OF INDICTMENT**

07CR3379-JM

CASE NUMBER: 07MJ2810

I, MARIA RODRIGUEZ-ALBARRAN, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 12/18/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

DEC 18 2007

Defendant

Defense Counsel

Before

Judicial Officer